O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA BATT, | ) | Case No. EDCV 10-01683 VAP(OPx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| CAMBRIDGE HUXLEY AND ASSOCIATES, | ) | |
| Defendant. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff against Defendant. The Court orders that such judgment be entered. Defendant is ordered to pay to Plaintiff $2,000.00 in statutory damages and $2,965.00 in attorneys' fees.

Dated: May 20, 2011

VIRGINIA A. PHILLIPS
United States District Judge